Entered on Docket August 22, 2012

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| **In Re:** | **No. 91-07286-TWD** |
|---|---|
| **SMITH, JEFFREY D.** | **ORDER SUSTAINING TRUSTEE'S OBJECTIONS TO CLAIM Nos. 3, 10, AND 17 AND ALLOWING CLAIMS** |
| Debtor(s). | |

This matter came on before this Court on the Trustee's Objections to the Claims of Washington Mutual Savings Bank (#3), Home Savings of America FSB (#10), A. Joel Eisenberg (#15) and EMC Mortgage (17) noting that no timely responses or objections have been filed and the Court being advised that the Trustee has stricken the objection to claim no. 15 filed by A. Joel Eisenberg which he will renote and good cause otherwise appearing, NOW, THEREFORE, the Trustee's objections are sustained and Claims No. 3, 10, and 17 are denied and the following claims are allowed in the amounts and classifications as set forth below:

**General Unsecured Non-Priority Claims:**

| Claim No. | Claimant | Amount |
|---|---|---|
| 1. | Alaska Cascade Fin Svcs | $1,906.82 |
| 2. | United Millwork, Inc. | $23,131.71 |

ORDER SUSTAINING OBJECTIONS TO CLAIMS AND ALLOWING CLAIMS

**Michael B. McCarty, TRUSTEE**
400 Warren Ave., Suite 411
Bremerton, WA 98337
(360) 377-2516

Page 1

| | | |
|---|---|---|
| 4. | Craig & Ginette Keebler | $93,798.90 |
| 5. | Insurance Co of N. America | $6,000.00 |
| 6. | Active Electric Corp. | $19,160.00 |
| 7. | Homfeld Masonry | $68,870.20 |

**Tardy General Unsecured Non-Priority Claims:**

| Claim No. | Claimant | Amount |
|---|---|---|
| 8. | WA Insulation Inc. | $15,521.00 |
| 9. | A Roofing Inc. | $16,057.75 |
| 11. | Weathervane Window Co. | $31,761.50 |
| 12. | Drywall By Garlow | $30,320.00 |
| 13. | Hansons Building Supply | $92,316.62 |
| 14. | B.A.K. Inc. | $55,257.87 |
| 15. | A. Joel Eisenberg | Reserved-Objection re-filed |
| 16. | Potter Stewart Assoc. Inc. | $24,254.27 |

///END OF ORDER///

Presented by:
Law Office of Michael B. McCarty
*/s/Michael B. McCarty*
Michael B. McCarty, WSBA#13162

ORDER SUSTAINING OBJECTIONS TO CLAIMS AND ALLOWING CLAIMS

**Michael B. McCarty, TRUSTEE**
400 Warren Ave., Suite 411
Bremerton, WA 98337
(360) 377-2516

Page 2